United States District Court
Southern District of Texas
**ENTERED**
January 27, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LUIS EDUARDO GONZALEZ-FERREYRA,<br>    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br><br>Case No. 1:16-cv-00295<br>(Criminal No. 1:15cr504-1) |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" (Docket No. 5) in the above-referenced case. No objections have been filed. After a de novo review of the file, the Report and Recommendation is **ADOPTED**.

It is therefore **ORDERED, ADJUDGED**, and **DECREED** that Gonzalez-Ferreyra's "Motion Under 28 U.S.C. § 2255 to Vacate Set Aside Correct Sentence" (Docket No. 1) is **DISMISSED** with prejudice pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings for the United States District Courts. A certificate of appealability shall not issue.

The Clerk is **ORDERED** to close this case.

Signed on this _26th_ day of _January_, 2017.

Rolando Olvera
United States District Judge